**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
OMNISTONE CORP. and SANDRO MANNARINO
On behalf of themselves and all others similarly situated,

                                 Plaintiffs,

     -against-

ANDREW CUOMO, *et. al.*,

                                Defendants.
-------------------------------------------------------------------------X

**FILED**
**CLERK**

10:53 am, Jul 20, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Docket No.: 20-cv 02153 (GRB) (SIL)

     Plaintiffs, OMNISTONE CORP. and SANDRO MANNARINO, by and through their attorneys Weinstein & Weinstein, LLP, hereby submits this notice of voluntary dismissal of the above captioned action against **all Defendants** pursuant to F.R.C.P. 41(a)(1)(A)(i). This notice of voluntary dismissal is being made before any opposing party has served either an answer or a motion for summary judgment.

Dated: July 17, 2020
       Queens, New York

                                                Respectfully Submitted,

                                                **WEINSTEIN & WEINSTEIN, LLP**
                                                *Attorneys for Plaintiffs*

                                                */s/ Jacob Z. Weinstein*
                                                Jacob Z. Weinstein
                                                68-15 Main Street, Second Floor
                                                Flushing, NY 11367
                                                646-450-3484
                                                Jacob@WeinsteinLLP.com

Dated: 7/20/2020
So Ordered. The Clerk of the Court is directed to close this case.
/s/ Gary R. Brown
GARY R. BROWN, U.S.D.J.